No. 14,052.

LIGGETT ET AL. *v.* ENNEKING.
(72 P. [2d] 1118)

Decided October 11, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard, Mr. Justice Young and Mr. Justice Bakke participating.

Mr. M. W. SPAULDING, for plaintiffs in error.

Mr. WILBUR F. DENIOUS, Mr. HUDSON MOORE, Mr. DAYTON DENIOUS, for defendant in error.